United States District Court
Southern District of Texas
**ENTERED**
September 30, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TOWANA BRYANT, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-02229 |
| | § | |
| CITY OF HOUSTON, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Magistrate Court's Memorandum and Recommendation filed July 28, 2016, (Doc. #167), and Plaintiff Towana Bryant's Objections (Doc. #176)[1]. The Magistrate Court's findings and conclusions are reviewed de novo. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989).

Though Towana Bryant filed a lengthy Response and Objections to the Memorandum and Recommendation, none of her assertions refute the reasoning laid out in Judge Stacy's Memorandum—(1) In regards to the §1981 Race Discrimination Claim against the City of Houston, that the Plaintiffs have not provided any summary judgment evidence showing Towana Bryant or her business, Trinity, were treated differently because of Towana Bryant's race, individually or as the representative of Trinity; (2) In regards to the §1981 Retaliation claim against Hershaw, that the Plaintiffs have provided no summary judgment evidence showing a causal link between the alleged activity protected by § 1981 and the alleged adverse actions that

---

[1] Towana Bryant's attempt to file objections on behalf of Plaintiff Trinity Freight Services, L.L.C. ("Trinity") is inappropriate. *See In re K.M.A., Inc.*, 652 F.2d 398 (5th Cir. 1981) (stating that a corporation can only be represented by licensed counsel). Trinity Freight Services, L.L.C. knew of this restriction (Doc. #169), and was granted over 45 days to seek counsel and file its objections (Docs. #169, 174). Accordingly, Trinity Freight Services, L.L.C. has not timely filed any objections to the Magistrate Court's Memorandum and Recommendation (Doc. #167).

could be attributable to Henshaw. Accordingly, having considered the arguments and the applicable law, this Court adopts the Memorandum and Recommendation as this Court's Order.

It is so ORDERED.

SEP 3 0 2016
Date

_____
The Honorable Alfred H. Bennett
United States District Judge